# Bellamy *et al. v.* Reese *et al.*

APPEAL from the Russell Chancery Court.
Heard before the Hon. W. L. PARKS.

W. J. BOYKIN, for appellants.

RAY RUSHTON and FRANCIS G. CAFFEY, for appellees.

The bill in this case was filed by the appellees against the appellants, and sought to have set aside and annulled certain conveyances of lands which were owned

by Ella F. Reese, deceased, and who was the mother of the complainants.

On the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainants were entitled to the relief prayed for. From this decree the defendants appeal, and assign the rendition thereof as error.

The decree is affirmed.

Opinion by DOWDELL, J.